IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GLORIA J. ALLEN, as next friend      *
of J.D.L., JR., M.A.M., and          *
Z.G.L., minor children of the        *
decedent, Jeremy D. Love, Sr.,       *
and GLORIA J. ALLEN, as              *
Administratrix of the Estate of      *
Jeremy D. Love, Sr.,                 *
                                     *
      Plaintiff,                     *
                                     *
      v.                             *      CV 110-022
                                     *
MIKE FREEMAN, Sergeant,              *
individually and in his official     *
capacity as an officer with the      *
Grovetown Police Department, and     *
CHESTER HOPKINS, Officer,            *
individually and in his official     *
capacity as an officer with the      *
Grovetown Police Department,         *
                                     *
      Defendants.                    *
```

## O R D E R

On May 12, 2014 the Court granted a joint motion to stay these proceedings as each party agreed to waive the right to a jury trial and indicated that they wished to make another effort at settlement (Doc. 75). The parties filed a status report on June 26, 2014 (Doc. 77) to notify the Court that they were unable to agree to the terms of alternative dispute resolution, and consequently were unsuccessful in their attempt to resolve this case.

The Clerk is **DIRECTED** to **LIFT** the **STAY** imposed by the Court's May 12, 2014 Order, and the parties are hereby **ORDERED**

to submit a proposed joint scheduling order by the close of business on **OCTOBER 29, 2014**.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of September, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA