IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GLORIA J. ALLEN, as next friend   *
of J.D.L., JR., M.A.M., and     *
Z.G.L., minor children of the   *
decedent, Jeremy D. Love, Sr.,  *
and GLORIA J. ALLEN, as      *
Administratrix of the Estate of  *
Jeremy D. Love, Sr.,       *
                      *
    Plaintiff,         *
                      *
     v.            *        CV 110-022
                      *
MIKE FREEMAN, Sergeant,     *
individually and in his official *
capacity as an officer with the  *
Grovetown Police Department, and *
CHESTER HOPKINS, Officer,    *
individually and in his official *
capacity as an officer with the  *
Grovetown Police Department,   *
                      *
    Defendants.       *

## ORDER AND NOTICE OF
## PRETRIAL PROCEEDINGS

This cause comes before the Court on its own initiative. As trial of this matter has been re-scheduled, the Court **EXTENDS** the following dates and deadlines:

All evidentiary objections and motions in limine shall be submitted in writing by **5:00 P.M.** on **FRIDAY, JUNE 26, 2015.** All responses thereto shall be submitted by **5:00 P.M.** on **MONDAY, JULY 6, 2015.**

The Clerk of Court has scheduled the pretrial conference for **WEDNESDAY, JULY 15, 2015** at **2:00 P.M.** The bench trial will

commence on **MONDAY, JULY 27, 2015 at 9:00 A.M.** At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list <u>must</u> be provided to the Court at the pretrial conference. Lead counsel for each party <u>must</u> attend the pretrial conference.

ORDER ENTERED at Augusta, Georgia, this _16th_ day of April, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA