```
IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF GEORGIA
                    AUGUSTA DIVISION
```

GLORIA J. ALLEN, as next friend      *
of J.D.L., JR. and M.A.M.,           *
minor children of the decedent,      *
Jeremy D. Love, Sr.; GLORIA J.       *
ALLEN, as Administratrix of the      *
Estate of Jeremy D. Love, Sr.;       *
and ZACHARY G. LOVE,                 *
                                     *
       Plaintiffs,                   *
                                     *
            v.                       *       CV 110-022
                                     *
MIKE FREEMAN, Sergeant,              *
individually and in his official     *
capacity as an officer with the      *
Grovetown Police Department, and     *
CHESTER HOPKINS, Officer,            *
individually and in his official     *
capacity as an officer with the      *
Grovetown Police Department,         *
                                     *
       Defendants.                   *

# O R D E R

On July 6, 2015, the Court directed counsel for Plaintiffs to file a compliant Rule 17.1(b) petition upon its receipt of notice that Plaintiffs timely accepted Defendants' Rule 68 Offer of Judgment. (Doc. 95.) As the Court now finds that the requirements of Federal Rule of Civil Procedure 68 and Local Rule 17.1(b) have been met, the Court **GRANTS** Plaintiffs' Motion for Settlement (Doc. 99) and **DIRECTS** the Clerk to **ENTER JUDGMENT** against Defendants in the amount of **$100,000.00**. The Court will consider the substance of Plaintiffs' Rule 17.1 petition upon completion of the parties' briefing regarding attorney's fees and costs. At that point, the Court will enter an order "approving or disapproving any agreement

entered into by the guardian for payment of counsel fees and other expenses" or "fix[] counsel fees and . . . expenses" as it deems proper. LR 17.1(c), SDGa. Accordingly, the Court **ORDERS** the following:

1. No later than **TUESDAY, AUGUST 4, 2015**, Plaintiffs **SHALL SUPPLEMENT** their Motion for Attorney's Fees and Expenses (Doc. 100) to address the reasonableness of the fees and costs sought by counsel — both Mr. John P. Batson and Mr. Stanley C. House — including the 40 percent contingency arrangement.

2. Defendants **SHALL RESPOND** to Plaintiffs' Motion for Attorney's Fees and Expenses (Doc. 100), as well as Plaintiffs' supplementary filing, by **WEDNESDAY, AUGUST 19, 2015**.

3. Plaintiffs may submit a reply brief, if necessary, no later than **THURSDAY, SEPTEMBER 3, 2015**.

As the parties have resolved this matter with the exception of costs and fees, Defendants' Motion in Limine is **DENIED AS MOOT**. (Doc. 92.)

**ORDER ENTERED** at Augusta, Georgia, this 20th day of July, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA