

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GLORIA J. ALLEN,<br>as next of friend of<br>J.D.L., Jr. and M.A.M.,<br>minor children of the decedent,<br>Jeremy D. Love, Sr.,<br>GLORIA J. ALLEN,<br>as Administratrix of the Estate of<br>Jeremy D. Love, Sr.,<br>ZACHARY G. LOVE,<br>JEREMY D. LOVE, JR.,<br><br>    Plaintiffs - Appellees<br>    Cross Appellants,<br><br>vs.<br><br>CITY OF GROVETOWN, et al.,<br><br>    Defendants - Cross<br>    Appellees,<br><br>MIKE FREEMAN,<br>Sergeant, individually and in his<br>official capacity as an officer with<br>the Grovetown Police Department,<br>CHESTER HOPKINS,<br>Officer, individually and in his<br>official capacity as an officer with<br>the Grovetown Police Department,<br><br>    Defendants - Appellants. | Case No. CV1:10-22<br>USCA No. 16-11370 |

O R D E R

The judgment in the above-styled action having been AFFIRMED IN PART and DISMISSED IN PART by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit, is made the Judgment of this Court.

This 3rd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA